855 W 1st Street Suite 4311
Los Angeles, CA 90012-4565

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RELATED DDJ

# UNITED STATES DISTRICT COURT
for the
Central District of California
_____ Division

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

Benson, Ada Maria.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Perris Elementary School District
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 5:22-CV-00535-DMG-SHK
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

Petitioner Respectfully request that the Court Order the assignment of this case to a different Court other than the Riverside County Court. All cases filed by petitioner in Riverside County have been biased and filed under 28 USC § 1292 (Interlocutory Decisions)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Benson, Ada Maria
Street Address: 324 South State St #3054
City and County: Hemet
State and Zip Code: California 92546
Telephone Number: (951) 480-0378
E-mail Address: BENSONADAMARIA@GMAIL.COM

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

**Defendant No. 1**

- Name: Perris Elementary School District
- Job or Title (if known): School District Human Resources
- Street Address: 143 East First St.
- City and County: Perris, Riverside County
- State and Zip Code: California, 92570
- Telephone Number: (951) 657-3118
- E-mail Address (if known): Lking@perrisesd.org

**Defendant No. 2**

- Name: Josie Jackson
- Job or Title (if known): Assistant Superintendent Human Resources
- Street Address: 143 East First St.
- City and County: Perris, Riverside County
- State and Zip Code: California 92570
- Telephone Number: (951) 657-3118
- E-mail Address (if known): JJackson@perrisesd.org
- Fax: 951-940-5115

*Entry is Valid*

**Defendant No. 3**

- Name: Board of Trustees
- Job or Title (if known): Perris Elementary School District
- Street Address: 143 East First St.
- City and County: Perris, Riverside County
- State and Zip Code: California 92570
- Telephone Number: (951) 657-3118
- E-mail Address (if known): Unknown

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Worked at

Name: Perris Elementary School District
Street Address: 143 East First St.
City and County: Perris, Riverside County
State and Zip Code: California 92570
Telephone Number: (951) 657-3118

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X] Other federal law *(specify the federal law)*: 18 USC Chapter 19 §371-373, 42 USC §1983, 18 USC §4, 28 USC §4101

[X] Relevant state law *(specify, if known)*: California Education Code § 49079 "Duty to warn violent propensities"

[ ] Relevant city or county law *(specify, if known)*: EDC 33432. N/A.

Relevant Educational Codes United States Department of Education Section 37.001 Education Code 37.105(h)(b)(2) Title II Public Education Student Code of Conduct. 37.105h Section (b)(1)(2) Section 37.005.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: Requesting to Conceal a Violation of Educational Code 37.105 and State educ 49079.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race — White
- ☒ color — Light Beige Skin (called Jew)
- ☒ gender/sex — Androgyne
- ☐ religion — One God.
- ☒ national origin — Universal
- ☒ age (year of birth) — 59 *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.
① Attached is the Pem's Elementary School District PR
② fax to Child Protective Services.
③

Page 4 of 6

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

N/A.

B. The Equal Employment Opportunity Commission *(check one)*:

[X] has not issued a Notice of Right to Sue letter.

[ ] issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

[ ] 60 days or more have elapsed.
[ ] less than 60 days have elapsed. N/A,

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/19/2022

Signature of Plaintiff: [signature]

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: Per Se.

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

FAX TO CHILD PROTECTIVE SERVICES ON JANUARY 21-2022
RECEIPT OF FAX AT THE BOTTOM OF THIS PAGE

This has to be kept confidential because of the age of students and the nature of the case. I inform under the The Family Educational Rights and Privacy Act (FERPA)

On January 21, 2022 at 08:20 A.M I was inside classroom #17 at Enchanted Elementary School, Perris, California , when the substitute teacher (Jennifer McHills) that had taught the class the day before was at the door of the classroom I was assigned to substitute today. She walked with Gabriel Inzunza Tovar, First Grade student of classroom 17. McHills left. Immediately after, **at 08:23 A.M Gabriel Inzunza Tovar, jumped out of his desk and approached me yelling "trash, you are trash, "garbage" repeating the words in spanish and English. I asked if the innuendo was directed to me. Gabriel responded by approaching me closely, "Yes, you are trash" I asked please sit down Gabriel responded "No, trash" Do you want me to call a campus supervisor: Gabriel responded: "No trash" while wandering around his classmates and tossed item**s on the carpet. **Thereafter grabbed black African American child,, one of his classmates named Ezra Segundo and punched his forehead, his cheeks and stomach after grabbing Ezra from the front pockets of the sweatshirt. I walked immediately to separate Ezra from Gabriel and dialed the front office for help. It was hard to get a hold of anyone. 10** minutes later the Principal (an oriental woman) arrived and sat with Gabriel at Gabriel's desk stating that she was going to monitor Gabriel. There were times the principal walked out and left Gabriel inside the classroom working on the laptop assigned to students. Arily Cordera, a school worker who claimed to be a special education specialist, arrived and sat next to Gabriel observing that Gabriel was at the computer.

At 10:37 A.M Gabriel Inzunza Tovar stood from the desk the principal assigned him (There were no principal, no school assistant supervising Gabriel) and started to yell at me (the substitute teacher assigned Ms. Benson, Ada Maria) and yelled trash, no other name, trash, garbage , that is what you are, then walked around the students observing if he could pull any other, walked fast towards the teacher desk and placed the students printed books in the trash, disappearing the lesson plan left by the regular teacher. All students were in awe and remained seated observing their classmates. He pushed his classmates' tables and crawled under their feets disturbing everyone. Gabriel responded to every question of "get out of the under tables", "walk outside the class please" with the words, "No Trash, No garbage" while yelling inside the classroom . started to grab Ms. Benson's (The day substitute) items from the desk and tossed various items (Ms. Benson's items) on the carpet. The principal was seen taking Gabriel to lunch and placing Gabriel in the principal's office for lunch. Nothing was done for Ezra to see if it was all right. During Lunch time, I decided to email Ms. Lorena King and attached my scribbled notes about the incident to make someone aware that an abnormal situation was going on that under the **California Education Code § 49079** outlines the "duty to warn of violent propensities." It states that a school distraction shall inform teachers of pupils who have engaged in or suspected to have engaged in certain unlawful acts.

California Education Code Of Law EDC 33432. A student should be expelled if;
(a)(1) Caused, attempted to cause, or threatened to cause physical injury to another person.
(2) Willfully used force or violence upon the person of another, except in self-defense.
(k)(1) Disrupted school activities or otherwise willfully defied the valid authority of supervisors, teachers, administrators, school officials, or other school personnel engaged in the performance of their duties

I dialed every number in the school and no one answered. Therefore, I dialed the Perris Elementary School District directly at the Human Resources and explained that an accident of further nature could take place if someone does not arrive to control Gabriel Inzunza Tovar.

At around 01: 50 P.M Ms. **Josie Jackson, Ed.D. Assistant Superintendent of Human Resources Perris Elementary School District arrived in person to room** 17 with the Enchanted School principal and requested me to get out and follow her. I picked up all my personal items and followed the Assistant Superintendent of Human Resources. Ms. Jackson stated while walking toward the school office that she had a talk to do with me. Inside the office Ms. Jackson requested me to reveal where the original of the handwritings I sent to Human resources were? The documents I sent were not intended to be mailed to parents of Ezra Segunndo, were a form of recording the incident for myself and to remind myself that a form by law has to be completed by the teacher in charge of the assignment to the parents of the injured child. Ms. Jackson stated clearly that my allegations of violence are not as Ms. Jackson sees the situation. Ms. Jackson requested me to **"stop stating that Gabriel had committed an act of violence because it is not how she sees it." That I may not be trained in knowing how to handle the situation from another view." That Gabriel has to be protected under a new rule their district has about no violence."**

Ms. Jackson questioned my capacity to tolerate such situations in the classroom. I hold ample experience as a teacher, center director , founder of an educational agency and having worked with federal mandated educational centers. I explained to Ms. Jackson needs to contact Ezra's parents. There was never a concern that a child was grabbed and punched various times, nor that the rest of the class had lived moments of terrorism inside the class.

Ms. Jackson dismissed me stating that I must be wrong that I am placed under administrative leave after she completes her investigation. Ms. Jackson asked me if I had been to Palms Elementary the days before. I stated "Yes" I was assigned to a 6th grade class that I reported to the school district in great needs of assessment by special education specialists and social worker practitioners using the adequate psychological exams because my observations in the 6th grade (Ms. Pelayo's Class) are that the students have not developed a sense of routine and many of the 6th grade students are below the academic level, while others barely can apply themselves to the lesson plans at the actual grade level. Ms. Benson the reporter is twice graduated B.A in Education, Spanish and Social Science, BA in Liberal arts, Master in Human Resources, Has partly accomplished a second master in special Education and is registered in a PhD in Criminal Justice at California University Pennsylvania has provided IEPs for the Counties of Riverside and San Bernardino Probation departments in cases where cognitive assessments are necessary to assist students. The entire class at 6th grade is in special needs assessment. Seems the feedback I sent to the district upset some personnel. I received as well, a memo prior to these dates from Ms. Jackson discussed my appointment in her office at the school district where I had to bring a letter from my

doctor stating that I use a cane and a walker to assist me to walk. Seems the walker or cane caused Ms. Jackson has serious concerns . I work under reasonable accommodations using a cane indoors and a walker if outside.

My concern resides in various factors here:  I am a mandated reporter
I witnessed a crime under Federal Laws 18 U.S. Code § 4 *"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years"* I am responsible or I am punished if I do not report. Children all in classroom 17 were abused emotionally and witnessed various violent acts including verbal abuse to the day teacher.
TItle 2. Public Education Subtitle g. Safe Schools Chapter 37. Discipline; Law and order Sec. 37.001. STUDENT CODE OF CONDUCT 37.105(h).
(b) In this section: (1) "Bullying" has the meaning assigned by Section 37.0832. (2) "Harassment" means threatening to cause harm or bodily injury to another student, engaging in sexually intimidating conduct, **causing physical damage to the property of another** student, **subjecting another student to physical confinement** or restraint, or **maliciously taking any action that substantially harms another student's physical or emotional. Sec. 37.002. REMOVAL BY TEACHER. (a) A teacher may send a student to the campus behavior coordinator's office to maintain effective discipline in the classroom. The campus behavior coordinator shall respond by employing appropriate discipline management techniques consistent with the student code of conduct adopted under Section 37.001 that can reasonably be expected to improve the student's behavior before returning the student to the classroom. If the student's behavior does not improve, the campus behavior coordinator shall employ alternative discipline management techniques, including any progressive interventions designated as the responsibility of the campus behavior coordinator in the student code of conduct.**

**(b) A teacher may remove from class a student:**

**(1) who has been documented by the teacher to repeatedly interfere with the teacher's ability to communicate effectively with the students in the class or with the ability of the student's classmates to learn; or**

**(2) whose behavior the teacher determines is so unruly, disruptive, or abusive that it seriously interferes with the teacher's ability to communicate effectively with the students in the class or with the ability of the student's classmates to learn.**

**(b-1) A teacher may document any conduct by a student that does not conform to the student code of conduct adopted under Section 37.001 and may submit that documentation to the principal. A school district may not discipline a teacher on the basis of documentation submitted under this subsection.**

Sec. 37.005. SUSPENSION. (a) The principal or other appropriate administrator may suspend a student who engages in conduct identified in the student code of conduct adopted under Section 37.001 as conduct for which a student may be suspended.

I was discriminated against, placed on administrative leave as of January 21, 2022 at 01:50 P.M for reporting violence in the classrooms and for providing feedback about students that are in emergency needs for academic and psychological evaluation.

I TOOK A VIDEO ON A THIRD TIME WHEN I PERCEIVED THAT VIOLENCE COULD ESCALATE AND GABRIEL COULD HAVE HARMED OTHER STUDENTS. I AM CONCERNED ABOUT EZRA. NO ONE SEEMED CONCERNED INN THE OBLIGATION WE HAVE TO LET EZRA PARENTS KNOW THAT HE WAS HIT INSIDE THE CLASSROOM. INN THE VIDEO GABRIEL REPEATS THE WORD TRASH EVERY TIME I ASK A QUESTION.

In my case I am a senior disable that deserves better treatment.

**PAGE LEFT BLANK BELOW**



*Perris* **ELEMENTARY SCHOOL DISTRICT**

District Superintendent
Perris, California 92570
3118 · 951 940 5115 Fax

DR. JOSIE JACKSON
ASSISTANT SUPERINTENDENT
HUMAN RESOURCES

JASON ARCHARD
HUMAN RESOURCES

February 18, 2022

Ada Maria Benson
324 So. State Street, #3054
Hemet, CA 92546

Re:   Notice of Dismissal & Required Reporting to the Commission on Teacher Credentialing

Dear Ms. Benson:

This letter is to inform you that we are dismissing you as a substitute teacher for our district. In addition, you are being informed of our requirement to report to the Commission on Teacher Credentialing ("Commission") the circumstances surrounding your dismissal from the Perris Elementary School District ("District").

Pursuant to the provisions of Title 5, California Code of Regulations, Section 80303, we must report your change in employment status to the Commission. We are required to provide them with all information related to the allegations of misconduct pending when you were dismissed from your employment with the District. We are also required to notify you of this provision. I have enclosed a copy of Section 80303 for your information.

Sincerely,

Josie Jackson, Ed.D.
Assistant Superintendent of Human Resources

Enclosure: Title 5, California Code of Regulations, Section 80303

*[Handwritten note:]* See the Videos and Fax sent to Child Protective Services. This is Intentional wish to destroy the Petitioner's life and work opportunities. See page 10 Video of First Grade student

App. XXXXX



Benson, Ada Mae
3848. State St.
#3054
Hemet, CA 92546

350 W. 1st St. Suite 4311
Los Angeles, CA 90012-4565
United States District Court
Central District of California