UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-00535-DMG-SHK | Date: | August 16, 2022 |
| Title: | *Ada Maria Benson v. Perris Elementary School District, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  Order To Show Cause**

On July 1, 2022, the Court dismissed pro se Plaintiff Ada Maria Benson's ("Plaintiff") First Amended Complaint ("FAC") without prejudice and with leave to amend ("ODLA"). Electronic Case Filing Number ("ECF No.") 12, ODLA.  In the ODLA, Plaintiff was ordered to perform one of three actions within twenty-one days of the ODLA issuing, or by July 22, 2022, if she wished to continue pursuing this litigation. See id. at 16-18.  Specifically, Plaintiff was ordered to either: (1) file a Second Amended Complaint ("SAC") curing the deficiencies stated in the ODLA; (2) request an extension of time from the Court, demonstrating good cause, before the 21-day period mentioned above expires; or (3) file a notice of voluntary dismissal without prejudice if Plaintiff no longer wished to pursue this case.  Id.  Plaintiff was cautioned that if Plaintiff failed to timely perform one of the three aforementioned options, "**the Court [would] recommend that this action be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b).**"  Id. at 17 (emphasis in original).

As of the date of this order, Plaintiff has not performed any of the ordered actions or otherwise participated in this litigation and it appears by Plaintiff's inaction that Plaintiff has abandoned this litigation.  As such, Plaintiff is **ORDERED TO SHOW CAUSE** by **August 30, 2022**, why this case should not be dismissed for failure to follow Court orders.  Plaintiff can satisfy this order by performing one of the three actions ordered in the ODLA by the August 30, 2022 deadline.

Plaintiff is warned that failure to timely respond to this OSC with one of the three aforementioned responses **will** result in a recommendation that this case be dismissed with or without prejudice for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**