JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>Plaintiff,<br><br>v.<br><br>PERRIS ELEMENTARY SCHOOL, *et al.*,<br><br>Defendants. | Case No. ED CV 22-535-DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice as to Plaintiff's federal claims, except the Americans With Disabilities Act claim and state law claims are DISMISSED without prejudice.

DATED: November 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE